UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-versus-

JAIME ROSARIO, JR.,

        Defendant.

No. 19 Cr. 807 (LAP)

ORDER

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    Before the Court is Mr. Rosario's March 23, 2020 letter motion [dkt. no. 19] for pretrial release. The Court adheres to its prior determinations on November 20 and March 9 that there are no circumstances that would assure Mr. Rosario's return to court and the safety of the community.

    To the extent that Mr. Rosario makes arguments relating to the current health crisis, they are speculative and do not enter into the bail decision.

    Also, Mr. Rosario has not established a compelling reason for temporary release. First, as noted, the stated generalized health concerns are speculative, and Judge Nathan's opinion is not to the contrary. Second, the status of the case does not require imminent attorney-client consultations. And, in any event, MCC is facilitating attorney-client consultation through additional phone time. Finally, child care requirements are not an exceptional reason for temporary release.

Accordingly, Mr. Rosario's request for pretrial release is denied.

SO ORDERED.

Dated: March 27, 2020
       New York, New York

_____
LORETTA A. PRESKA
Senior U.S. District Judge