UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | |
|---|---|
| - v - | 19 CR 807 (LAP) |
| Jeanluc Joiles, | ORDER |
| Jamime Rosario, Jr. | |

LORETTA A. PRESKA, Senior United States District Judge:

    A conference is scheduled for April 8, 2020 at 10:00 a.m. The parties are directed to call (888) 363-4734, Access Code: 4645450.

_____
LORETTA A. PRESKA
Senior United States District Judge

Dated: April 6, 2020
New York, New York