



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 7, 2020

**BY ECF**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Jeanluc Joiles & Jaime Rosario Jr.*, 19 Cr. 807 (LAP)

Dear Judge Preska:

      A telephonic status conference in the above-captioned case is currently scheduled for April 8, 2020. In light of the COVID-19 pandemic, the Government respectfully requests, with the consent of both defense counsel that the conference be adjourned by approximately thirty days. The Government further moves, with the consent of both defense counsel, that time be excluded under the Speedy Trial Act through the date of the next scheduled conference. Such an exclusion would be in the interest of justice as it would allow for discussions concerning a disposition of this matter and the review of discovery to continue. *See* 18 U.S.C. § 3161(h)(7)A).

SO ORDERED.

The conference is adjourned to May 14, 2020 at 10:00 a.m.

Dated: April 10, 2020
       New York, NY

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: _____*Daniel Nessim*_____
Daniel G. Nessim
Assistant United States Attorney
(212) 637-2486

_____
LORETTA A. PRESKA, U.S.D.J.