

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 12, 2020

**BY ECF**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Jeanluc Joiles & Jaime Rosario Jr.*, 19 Cr. 807 (LAP)

Dear Judge Preska:

       A status conference in the above-captioned case is currently scheduled for May 14, 2020. In light of the COVID-19 pandemic, the parties respectfully request that the conference be adjourned to June 29, 2020 at 10:00 a.m., a time the Government understands the Court is available. The Government further moves, with the consent of both defense counsel, that time be excluded under the Speedy Trial Act through June 29, 2020. Such an exclusion would be in the interest of justice as it would allow for discussions concerning a disposition of this matter and the review of discovery to continue. *See* 18 U.S.C. § 3161(h)(7)A).

| | |
|---|---|
| The requests are granted. | Respectfully submitted, |
| | GEOFFREY S. BERMAN |
| SO ORDERED. | United States Attorney |
| Dated: May 13, 2020 | |
| | by: *Daniel Nessim* |
| | Daniel G. Nessim |
| _____ | Assistant United States Attorney |
| LORETTA A. PRESKA, U.S.D.J. | (212) 637-2486 |