# ZMO Law PLLC

March 22, 2021

**Via ECF and email**

Hon. Loretta A. Preska
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

RE: *U.S. v. Jaime Rosario*, 19 Cr. 807

Dear Judge Preska:

```
Counsel's request to participate in the
March 25 conference is GRANTED.

SO ORDERED.

Dated:    March 23, 2021
          New York, New York
```

*(signed)* Loretta A. Preska

LORETTA A. PRESKA, U.S.D.J.

    This office represents Mr. Jamie Rosario in the above-captioned matter. We write to request that Mr. Rosario's case be added to the status conference for his co-defendant Jeanluc Joiles scheduled to take place on March 25, 2021 at 9:00 a.m. We believe our participation in the status conference is appropriate (1) to discuss our pending request to adjourn the trial date, which could also affect Mr. Joiles if the cases are not severed from trial; and (2) possibly to address acute and untreated medical issues from which Mr. Rosario is suffering, if we do not receive an adequate response from the Bureau of Prisons before then.

    Though we prefer Mr. Rosario attend the status conference via phone or video, we will waive his appearance if necessary.

    Thank you for your attention to this case.

Very truly yours,

*Zachary Margulis-Ohnuma*

Zachary Margulis-Ohnuma

CC:    AUSA Daniel Nassim
         AUSA Samuel Rothschild

260 Madison Avenue, 17th Floor • New York, NY 10016
(212) 685-0999 • info@zmolaw.com
www.zmolaw.com