UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JAIME ROSARIO, JR.,

                    Defendant.

No. 19-CR-807 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

        The Government's request to file its opposition to
Defendant's renewed bail request in redacted fashion is
GRANTED.  (See dkt. no. 111.)  Similarly, Defendant shall file a
redacted copy of his request on the public docket.  While the
Court acknowledges Defendant's privacy interest in his health
information, there is no need for the entire filing to be under
seal.

**SO ORDERED.**

Dated:   July 14, 2021
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge