UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>-against-<br><br>JAMIE ROSARIO, JR.,<br><br>                Defendant. | 19 Cr. 807 (LAP) |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the letter from Mr. Rosario's counsel, dated September 3, 2021 (dkt. no. 120), regarding Mr. Rosario's potential imminent transfer to the Metropolitan Detention Center and regarding Mr. Rosario's medical care, medication, and commissary items.

    The Bureau of Prisons shall return to Mr. Rosario his medication and commissary foods forthwith, and no later than 24 hours from the issuance of this order.

    The Chief Medical Officer of the Metropolitan Correction Center, or his or her designee, shall respond to counsel's September 3, 2021 letter no later than Sunday, September 5, 2021 at noon.

**SO ORDERED.**

Dated:    New York, NY
            September 3, 2021

_____
Loretta A. Preska
Senior United States District Judge