UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>-against-<br><br>JAMIE ROSARIO, JR.,<br><br>                    Defendant. | 19 Cr. 807 (LAP) |

LORETTA A. PRESKA, Senior United States District Judge:

   The Court is grateful to Ms. Chan and BOP personnel for their exceedingly prompt action in returning Mr. Rosario's medications and commissary food to him following the Friday order.

   The Chief Medical Officer of the Metropolitan Correctional Center or his or her medical designee shall inform the Court by letter of the status of the other matters raised in Mr. Margulis-Ohnuma's letters, including medical appointments to address Mr. Rosario's pain and bleeding, dietary measures to deal with his ulcerative colitis, and the issue raised with respect to the expired hummus.  The Warden or his or her designee (or Ms. Chan) shall respond to Mr. Rosario's request to be housed at the Putnam County Jail.  Both responses shall be filed no later than Tuesday, September 7, at 5:00 p.m.

Mr. Margulis-Ohnuma may file his letters to the Court redacted to exclude Mr. Rosario's medical information.

**SO ORDERED.**

Dated:   New York, NY
         September 5, 2021

_____
Loretta A. Preska
Senior United States District Judge