UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------

UNITED STATES OF AMERICA,

-against-

JAIME ROSARIO, JR.,

　　　　　　　　Defendant.

No. 19-CR-807 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

　　The parties shall appear for a teleconference on September 9, 2021 at 2:00 p.m. using the dial-in 877-402-9753, access code: 6545179.

**SO ORDERED.**

Dated:　　September 9, 2021
　　　　　New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1