UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>-against-<br><br>JAMIE ROSARIO, JR.,<br><br>               Defendant. | **ORDER TO THE MARSHAL**<br><br>19 Cr. 807 (LAP) |

LORETTA A. PRESKA, Senior United States District Judge:

    WHEREAS, Jamie Rosario, Jr. (Reg. No. 87342-054) is a pretrial detainee in the custody of the U.S. Marshal Service; and

    WHEREAS Mr. Rosario's counsel has pointed to serious medical and dietary needs that may be better handled in a smaller institution;

    IT IS HEREBY ORDERED that, to the extent consistent with public safety and good institutional order, the United States Marshal for the Southern District of New York is directed to move Mr. Rosario to Putnam County Correctional Facility

Dated:    September 9, 2021
               New York, New York

                                                      _____
                                                      Loretta A. Preska
                                                      Senior United States District Judge