UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | No. 19-CR-807 (LAP) |
| -against- | ORDER |
| JAIME ROSARIO, JR., | |
| Defendant. | |

LORETTA A. PRESKA, Senior United States District Judge:

   The Court is in receipt of Mr. Rosario's counsel's letter of October 7, 2021 seeking certain emergency relief.  The Government shall respond to that letter no later than October 8, 2021 at 5:00 p.m.  Mr. Rosario's counsel shall file a redacted version of their letter to the public docket promptly.

**SO ORDERED.**

Dated:    October 8, 2021
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge