UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>-against-<br><br>JAIME ROSARIO, JR.,<br><br>　　　　　　Defendant. | No. 19-CR-807 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　The parties shall appear for oral argument on Tuesday, January 4, 2022, at 10:00 a.m. by videoconference related to the parties' motions in limine (see dkt. nos. 148, 149, 153, 154, 160).

**SO ORDERED.**

Dated:　　December 27, 2021
　　　　　　New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1