UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>-against-<br><br>JAIME ROSARIO, JR.,<br><br>    Defendant. | No. 19-CR-807 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court has received Mr. Rosario's motion for compassionate release. (Dkt. no. 213.) The Government shall respond no later than November 2, 2023. Mr. Rosario may reply no later than November 22, 2023.

**SO ORDERED.**

Dated:   October 5, 2023
        New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1